PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:KS)

RECEIVED

MAR 0 2 2011

AT 8:30_____M
WILLIAM T. WALSH, CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         *Plaintiff,*<br><br>v.<br><br>RICHARD STEPHENS,<br><br>         *Defendant.* | HON. Peter G. Sheridan<br><br>*Criminal No.* 95-075<br><br>**PETITION FOR REMISSION OF FINE** |

The United States hereby petitions this Court for remission of $85.00 still due on the fine imposed upon defendant on December 6, 1996. This request is made in accordance with Title 18, United States Code, Section 3573 which provides in pertinent part:

> Upon petition of the government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice--
>
>  (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties;

18 U.S.C. § 3573, as amended.

This request of the United States is based upon the following:

1.     The fine has been imposed for a period of 14 years; to date payments in the amount of $415.00 have been made toward this fine.

2.     The United States Attorney has been unable to collect this fine due to the defendant being deceased as of 10/13/1999.

3.     The United States Attorney has determined that there is no reasonable likelihood that further efforts to collect this fine would produce any revenue to the United States. Any further efforts would, in fact, be contrary to the interests of the United States because such efforts would needlessly expend resources that could be better directed to areas with greater potential for recovery.

THEREFORE, the United States Attorney respectfully petitions this court for an order pursuant to 18 U.S.C. § 3573, as amended, remitting the fine, including interest and penalties.

Respectfully submitted,

PAUL J. FISHMAN
United States Attorney

/s/ Leah A. Bynon
By:    LEAH A. BYNON
       Assistant U.S. Attorney

RECEIVED

MAR 0 2 2011

AT 8:30_____M
WILLIAM T. WALSH, CLERK

PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:KS)

RECEIVED
MAR 0 2 2011
AT 8:30_____M
WILLIAM T. WALSH, CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              *Plaintiff,*<br><br>v.<br><br>RICHARD STEPHENS,<br><br>                              *Defendant.* | HON. *Peter G. Sheridan*<br><br>*Criminal No.* 95-075<br><br>**ORDER FOR<br>REMISSION OF FINE** |

This matter having been opened to the Court by PAUL J. FISHMAN, United States Attorney for the District of New Jersey (Leah A. Bynon, Assistant U.S. Attorney, appearing), and the Court having considered the Petition for Remission of Fine, and for good cause shown,

IT IS on this ___28___ day of __March__, 2011,

ORDERED, that the balance of the fine imposed on December 6, 1996, in the amount of $85.00 is hereby remitted.

_____
UNITED STATES DISTRICT JUDGE

Rayfield Dilmar
OLeary, Kathleen (USANJ)
to:
Dolores_Hicks
03/25/2011 02:53 PM
Show Details

Dolores – I'm writing to ask you to adjourn Rayfield Dilmar's sentence on Monday. Counsel for Dilmar consents to the adjournment and both parties are asking that it be rescheduled until after Nelson Olayanju's June 28th sentencings.

Please get back to me today if possible.

Thanks.

**Kathleen P. O'Leary**

**Assistant United States Attorney**

**U.S. Attorney's Office, District of New Jersey**

**970 Broad Street, Ste. 700**

**Newark, New Jersey 07102**

**(973) 645-2841**

False attacks on federal workers
NARFE National Headquarters
to:
DOLORES_HICKS
03/25/2011 11:18 AM
Please respond to NARFE National Headquarters
Show Details

FROM:     Joseph A. Beaudoin, NARFE National President
SUBJECT:  False attacks on federal workers!

Dear NARFE member:

All the biased and uninformed attacks on federal workers and retirees have one thing in common: They're intended to build support for slashing our earned retirement and health benefits.

Just last week, a dangerous new bill was introduced in the Senate that would eliminate pensions for all new government employees – and each day brings new, false attacks. We don't have a moment to lose.

**NARFE is fighting back with the Campaign to Protect America's Heartbeat.** We're spreading the truth about federal worker compensation, retirement benefits and annuities, and telling the story of how federal workers Protect America's Heartbeat through the critical services we provide.

Our goal is to raise $1 million for the Campaign to Protect America's Heartbeat in the next 30 days. **Will you help us fight?**

Click here to contribute $25, $15, $10 or whatever you can afford today.

America is in crisis. Our economy is only now coming out of the biggest recession since the Great Depression and our federal deficit is at a record high.

Like always, we will do our part. **But we should not be deficit scapegoats.**

Of 45 proposals made by the Fiscal Commission last December, the only one unilaterally embraced by the president has been a two-year federal pay freeze. And **in April and May, budget hawks in Congress** will insist on unprecedented spending cuts in exchange for their votes for a needed increase in the statutory limit on the public debt.

We keep the skies safe for air travelers, we keep Americans connected through the mail system, we capture the world's imagination at NASA and we sound the alarm when natural disasters strike. **We protect America's heartbeat. But we need your help today to make sure these important stories are told:**

Click here to make a secure online donation now.

Thank you for your support of NARFE. Now, more than ever, we need you to assist us in the fight to preserve our benefits. With your help, I believe we will prevail.

Sincerely,

Joseph A. Beaudoin
National President


**This message is generated by the NARFE Global Email Messaging System (GEMS). Please do not reply to this message.** If you wish to reply to this message, please compose a new message to the sender. To stop receiving messages from National Headquarters, such as legislative Hotlines, press releases, retirement benefit news, **and/or** your local federation newsletters and information, please go to www.narfe.org, and update your record by selecting the type of messages you would like to receive.